Michael A. McGill, SBN 231613
mcgill@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiff,
CHRIS LANZILLO

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANZILLO, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF RIVERSIDE, a municipal corporation; JOHN DE LA ROSA, individually and as Acting Chief of Police for the Riverside Police Department, MICHAEL BLAKELY, individually and as Captain for the Riverside Police Department, ED BLEVINS, individually and as Police Lieutenant for the Riverside Police Department and DOES 1 THROUGH 10 inclusive, <br><br> Defendants. | Case No.: CV 10-03409 CAS (DTBx) <br><br> *Honorable Christina A. Snyder* <br><br> **ORDER RE STIPULATION OF DISMISSAL** <br><br> [FRCP Rule 41(a)(1)(A)(ii)] |

The Court has reviewed the parties fully executed Stipulation for Dismissal. Based upon a review of the record and good cause appearing, IT IS HEREBY

1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL

ORDERED that this action is dismissed in its entirety *with prejudice*. Each Party shall bear their own attorneys' fees and costs, except as provided in the agreement.

IT IS SO ORDERED.

Dated:_June 1, 2011

_____
Hon. Christina A. Snyder
District Court Judge